# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Criminal Action** |
| | ) | |
| **v.** | ) | **Case No. 21-10068-JWB** |
| | ) | |
| **DUSTIN KENNETH STROM,** | ) | |
| **THOMMIE-LYN STANSKY, and** | ) | |
| **DILLON E. EVERMAN** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## UNITED STATES' DESIGNATION OF WITNESS

The United States designates Han Asmussen and Jennifer Wright, detectives with the Wichita Police Department assigned to the Kansas Internet Crimes Against Children Task Force, as witnesses to testify about evidence found on cellular telephones seized as part of the investigation, including a Samsung Galaxy S21 smartphone (seized from Dustin Strom), a Samsung Galaxy S21 smartphone (seized from Thommie-Lyn Stansky), an Iphone 6S Model A1634 smartphone (seized from Dillon E. Everman), and a Motorola XT-1952-4 Moto G(7) Play smartphone. Additionally, Ray Alverson and Jennifer Wright, detectives with the Wichita Police Department assigned to the Kansas Internet Crimes Against Children Task Force, as witnesses to testify about evidence found in Everman's Mega account.

In this case, Det. Asmussen has undertaken the forensic extraction of data from the above devices, using a Cellebrite device. Some courts have found that testimony regarding use of Cellebrite technology to retrieve data from a cellular telephone, and discussion of the contents of that data, is lay testimony if no opinion is offered. See, e.g., *United States v. Seugasala*, 702 F. App'x 572, 575 (9th Cir. 2017) ("The officers who followed the software prompts from Cellebrite and XRY to obtain data from electronic devices did not present testimony that was based on

technical or specialized knowledge that would require expert testimony."); *United States v. McLeod*, 747 F. App'x 486, 489 (9th Cir. 2018); (citing Seugasala with approval); *United States v. Marsh*, 568 F. App'x 15, 16–17 (2d Cir. 2014), cert. denied, 135 S. Ct. 111, 190 L. Ed. 2d 88 (2014); *Sec. & Exch. Comm'n v. Sabrdaran*, No. 14-CV-04825-JSC, 2016 WL 7826653, at *1 (N.D. Cal. Oct. 20, 2016) (discussing Cellebrite specifically); *People v. Froehler*, 373 P.3d 672 (describing other software used to extract images). Likewise, if the examiner simply testifies to what files were found on a hard drive, such testimony is not expert testimony.  See *United States v. Berry*, 318 Fed. Appx. 569, 569 (9th Cir. 2009) (agent's testimony was not expert testimony because the agent "simply testified to what he found on the [defendant's] hard drive…, without expressing an opinion that required specialized knowledge or offering insight beyond common understanding"). Thus, much of Det. Asmussen's testimony would primarily involve percipient testimony - discussing what he found on the defendants' phones, relative to the defendants' child pornography activities. This testimony will include explaining what data indicates user attribution, what child pornography depictions were found, where those depictions were found on the various devices, the quantities of those depictions, and contextual information relating to the depictions (e.g., whether the depictions were in user-created folders, deleted, co-located with other files attributable to the defendant, etc.). Det. Asmussen will also testify to the following:

a. the tools and process(es) used to extract data and information from the devices submitted for examination in this case;

b. how, where, and when data and information was stored on the devices, including timelines, account identifies, settings, and user attribution information;

c. the types of applications installed or located on the phone and computer, including discussion of how the various applications operate, log, and store data and information (e.g., caching, the creation of thumbnail image databases, etc.);

d. the image and video operations of the phone and computer, including how the device or application creates, stores, caches, and sends those files;

e. the methods by which an application or device stores an online search or website history and the contents of the defendant's website history; and

    f.   the data and information indicating user attribution and connection to other devices (e.g., whether a given external storage device had been connected to the computer, etc.).

Likewise, it is possible that Det. Asmussen may be called upon to answer hypothetical questions regarding the above-described subjects based upon evidence presented at trial or to rebut any defense theory – at which point it would be expected that Det. Asmussen would draw upon his extensive experience researching, examining and analyzing digital media, including cellular telephones to address those questions. Det. Asmussen may also be asked to explain the significance (in relation to child exploitation investigations) of certain acronyms and abbreviations which appear in search terms, web history, file titles and communications found on the defendant's devices. While some of these acronyms or abbreviations may be self-evidence from the context of the communication, Det. Asmussen may draw upon his experience and/or training to more fully explain the meaning of these acronyms and abbreviations.

Likewise, Det. Wright would be expected to testify about evidence found on the above-listed cellular telephones. Det. Wright undertook manual examination of the devices, which revealed additional contextual information (particularly in relation to how the user would interact with the contents). Much if not all of Det. Wright's testimony would involve percipient testimony. For instance, Det. Wright would discuss finding Grindr chats between Strom and Everman saved on Everman's phone, how those chats hyperlinked to material located in Everman's Mega online storage account, and the contents of those shared hyperlinks. Likewise, Det. Wright would discuss how the "hidden" folder on Everman's phone reflects a user's choice to remove selected images or videos from the normal gallery view. Det. Wright may also be called upon to explain the regular operation of various applications, such as Grindr, Snapchat, Kik, or Mega. Such testimony would be percipient, and likely demonstrative, but would not require expert opinion.

Similarly, Det. Alverson would be expected to testify about evidence found in Everman's Mega account. That testimony would include discussion of the content of the account, as well as

which folders or files were shared, and how the folders and files were organized or denominated. As part of his testimony, Det. Alverson may be called upon to explain the regular operation of the Mega application, as a user would experience it. Such testimony would be percipient, and likely demonstrative, but would not require expert opinion.

Det. Hans Asmussen's qualifications (which may be updated at time of trial) include the following:

**Experience**
**Wichita Police Department** 1995-Current
   **Detective/Digital Forensics Examiner** 2010-Present
   Kansas Internet Crimes Against Children Task Force/ Digital Forensics
   **Detective** 2000-2010
   Assignments: Auto Theft, Financial Crimes and Crime Stoppers
   **Police Officer** 1995-2000
   Assignments: Patrol Officer and Community Policing Officer

**Education**
**Wichita State University, Wichita, KS**
1994-1998
B.S., Criminal Justice

**Kansas State University, Manhattan, KS**
1991-1993

**Training** (*649 hours related to digital forensics*)
**Griffeye**
Griffeye Analyze DI Pro/ 16 hours
November 3-6, 2020 (Live On-Line)
**X-Ways Software Technology AG**
X-Ways Forensics II/ 16 hours
July 8-9, 2020 - Wichita, KS (Live On-line)
**Berla**
Vehicle Systems Forensics Course/ 40 hrs
February 17-21, 2020- Largo, FL
**The International Association of Computer Investigative Specialists**
Mobile Device Forensics Course/ 36 hrs
April 30-May 4, 2018 - Orlando, FL
**Sumuri**
Macintosh Forensics Survival Course - Level 1 / 40 hrs
July 14-18, 2014-Centennial, CO
**Katana Forensics**
Katana Responder/Lantern Examiner/ 20 hrs
August 20-22, 2013 - Wichita, KS

**X-Ways Software Technology AG**
X-Ways Forensics/ 32 hours
May 20-23, 2013 - Orland Park, IL
**The International Association of Computer Investigative Specialists**
Windows Forensic Examiner Program/ 36 hrs
April 22-26, 2013 - Maitland, FL
**Cellebrite, Glen Rock, NJ**
Certified Cellebrite UFED Physical Examiner Course/ 14 hrs
June 1-3, 2012, Myrtle Beach, NC
**Cellebrite, Glen Rock, NJ**
Certified Cellebrite UFED Mobile Device Examiner Course/ 7 hrs
June 1-3, 2012, Myrtle Beach, NC
**Guidance Software, Pasadena, CA (given by H-11 Digital Forensics, Salt Lake City, UT)**
Encase Computer Forensics II/ 32 hrs
October 10-13, 2011-Wichita, KS
**National White Collar Crime Center, Fairmont, WV**
Cybercop 320 - Windows Internet Trace Evidence/ 32 hrs
June 20-23, 2011- Wichita, KS
**National White Collar Crime Center, Fairmont, WV**
Cybercop 310 - NT Operating System/ 32 hrs
May 16-19, 2011-Wichita, KS
**The International Association of Computer Investigative Specialists**
Basic Certified Forensic Examiner Training Program/ 72 hrs
May 2-13, 2011- Maitland, **FL**
**National White Collar Crime Center, Fairmont, WV**
Cybercop 305 - NT File System/ 32 hrs
April 11-14, 2011- Wichita, KS
**Kansas Internet Crimes Against Children Task Force, Wichita, KS**
Kansas ICAC Conference 2010 / 32 hrs
• Cell Phone Investigations and Field Tools
• Undercover Online Investigations: Case Study & Updates
• Recovering Volatile Data
• Wireless Network Investigation
• Knoppix as a Preview Tool
• Very Young Girls: Child Victims in the Commercial Sex Industry
• Identifying & Seizing Evidence
• P2P/ICAC: New Tools & Updates
• IRC Investigations
July 27-30, 2010 - Wichita, KS
**National White Collar Crime Center, Fairmont, WV**
Fast Track Course Completion/ 100 hrs
Cyber-lnvestigation 100 - Identifying & Seizing Evidence (Train the Trainer)
July 14-15, 2008 - Wichita, KS
Cyber-lnvestigation 101- Secure Techniques for Onsite Preview
June 26, 2008 - Wichita, KS
Cybercop 101- Basic Data Recovery and Acquisition
March 9-12, 2009 - Wichita, KS
Cybercop 201- Intermediate Data Recovery & Analysis
April 20-24, 2009 - Wichita, KS

**Fox Valley Technical College, Appleton, WI**
Internet Crimes Against Children Task Force Investigative Techniques/ 36 hrs
2005 - Wichita, KS
**SEARCH - The National Consortium for Justice, Information and Statistics**
The Investigation of Computer Crimes/ 40 hrs
2001 - Wichita, KS

<u>Certifications</u>
**The International Association of Computer Investigative Specialists**
• Certified Forensic Computer Examiner- ID 13149
      o 2018-2021
      o 2015-2018
      o 2012-2015
• Certified Mobile Device Examiner- ID 13149
      o 2018-2021
**Berla**
• Certified Vehicle System Forensic Technician (CVST)
      o 2020-2022
• Certified Vehicle System Forensic Examiner (CVSE)
      o 2020-2022
**X-Ways Software Technology AG**
• X-PERT (X-Ways Professional in Evidence Recovery Techniques) - X-52CA
      o 2020-2023
**Katana Forensics**
• Katana Certified Responder
**Katana Forensics**
• Lantern Certified Examiner

       Det. Jennifer Wright's qualifications (which may be updated at time of trial) include the

following:

<u>Experience</u>
• Have investigated thousands of child sexual abuse investigations from February 1997 to present.
• Created and maintain databases for Kansas Internet Crimes Against Children Task Force.
• Prepared and wrote curriculum for Kansas Internet Crimes Against Children Task Force training, Online Child Exploitation Investigations.  2002-2007
• Planned and coordinated training courses from SEARCH and ACCESSDATA.  2002-2003
• Presented on online child exploitation investigations at 1st Annual Protecting Our Children's Conference Wichita, Kansas - November 2004
• Presented on online child exploitation investigations at 3rd Annual Protecting Our Children's Conference Kansas City, Missouri - September 2006
• Presented on Peer2Peer Cases at 7th Annual ICAC National Conference, San Jose, California, October 2008.
• Presented on Kansas Internet Crimes Against Children at 11th Annual Midwest Law Enforcement Conference on Gangs & Drugs Wichita, Kansas - May 2005

- Awarded the Webber Seavey Award from International Association of Police and Motorola for South Central Prostitution Project  - October 1996
- Kansas Internet Crimes Against Children Task Force awarded the 2006 International Association of Police iXP Excellence in Technology Award – 2006.
- Prepared and wrote curriculum for Kansas Internet Crimes Against Children Task Force training, Advanced Child Exploitation Investigations.  2011
- Prepared and wrote curriculum for Kansas Internet Crimes Against Children Task Force training, Online Child Exploitation Cases – 2015
- Prepared and wrote curriculum for Kansas Internet Crimes Against Children Task Force training, ICAC Cloud Investigations - 2021
- Adjunct Instructor at Friends University 2009- 2017; developed curriculum for various Information Security topics including Computer Forensics.
- Adjunct Instructor at Butler County Community College; 2015-2017; Criminal Justice Program

## Education
- Bachelor of Science in Information Technology – Friends University    May 2005
- Master of Management Information Systems – Friends University August 2007

## Training
- Wichita – Sedgwick County Law Enforcement Training Academy July- November 1992
- Child Abuse and Exploitation Investigative Techniques – OJJDP June 1997 – 36 hours
- Statement Analysis – Law Enforcement Training Services – June 1997 16 hours
- SANE/SART Sexual Assault Investigations Course – May 1997 – 40 hours
- Reid Interview & Interrogation – 1998 – 24 hours
- Sexual Violence: Understanding the Offender Obtaining his Confession – Midwest Criminal Justice Institute – October 1999 – 8 hours
- Crimes Against Children Conference – Dallas PD – August 1999
- Internet Crimes Against Children Task Force Training – NCMEC – May 2000 – 24 hours
- Investigation on Online Child Exploitation – SEARCH – August 2000 – 36 hours
- Responding to Missing and Abducted Children – OJJDT – June 2001 – 36 hours
- Seized Computer Evidence Recovery Specialist – Mares & Company – July 2001 – 40 hours
- Criminal Investigations in an Automated Environment – FLETC – November 2001 – 80 hours
- The Investigation of Computer Crime – SEARCH – February 2002 – 36 hours
- Advanced Data & Recovery Analysis 9x Systems – NW3C – May 2002 – 36 hours
- Crimes Against Children ICAC National Conference – Dallas PD/ICAC – August 2002
- HTCIA International Training Conference – HTCIA – October 2002
- Computer Crime & Digital Evidence Techniques – CACCI – February 2003 – 24 hours
- AccessData Bootcamp Intermediate Computer Forensics – AccessData – March 2003 – 24 hours
- Crimes Against Children ICAC National Conference – Dallas PD/ICAC – August 2003
- Protecting Children Online I – OJJDP – December 2003 – 36 hours
- Advanced Windows NT Investigator's Course – Sytex – August 2004 – 16 hours
- HTCIA International Conference – HTCIA – September 2004
- Network Traffic Analysis – FBI – January 2006 – 16 hours
- Forensic Computer Examiner Training Program – IACIS – April 2006 – 80 hours
- Networks and Networking for Agents/System Security and Exploitation – FBI Cyber Division Training 110 Course – June 2006 – 80 hours
- MacIntosh Forensic Survival Course – April 2007 – 40 hours
- DataLifter/Cell Phone forensics Course – April 2007 – 40 hours
- AccessData Bootcamp – April 2008 – 36 hours
- 6th Annual ICAC National Conference – October 2007
- 7th Annual ICAC National Conference – October 2008
- Advanced SPADA/RAM Analysis – May 2009 – 40 hours
- Internet Crimes Against Children Peer-to-Peer Investigations – June 2010 – 36 hours

- RAM Acquisition and Analysis – BitSec Forensics – October 2010 – 16 hours
- Gnutella P2P network training – Fox Valley Technical College – June 2010
- Ares P2P Network training – Fox Valley Technical College – March 2013
- BitTorrent P2P Network training – Fox Valley Technical College – September 2014
- GridCop P2P Network training – SOVA ICAC – October 2014
- Online Ads – Fox Valley Technical College – March/April 2015
- ICAC eMule Investigations – Fox Valley Technical College- August 2017
- CS-100 Introductions to Computer Networks – NW3C – February 2018
- CS 235 Basic Network Intrusion Investigations – NW3C – May 2018
- X-Ways Forensic Software Training – May 2019
- Freenet 101 – OJJDP – January 2020

Det. Ray Alverson's qualifications (which may be updated at time of trial) include the following:

**Professional Experience**
July 20, 1992 – Current, Wichita Police Department
November, 2012, Promoted to the rank of Detective
April 2014, transferred to the Exploited and Missing Child unit (EMCU), Internet Crimes Against
    Children Task Force (ICAC), investigator
March 2017, transferred to the Digital Forensics Unit of the Exploited and Missing Child Unit –
    Kansas Internet Crimes Against Children Task Force.

**Professional Training**
Cyber Investigation 100, Identifying and seizing electronic evidence, the National White Collar
    Crime Center, April 2014, Kansas City, Missouri
Cyber Investigation 101, Secure Techniques for Onsite Previews, the National White Collar Crime
    Center, April 2014, Kansas City, Missouri
ICAC ARES Peer to Peer investigations, May 2014, Wichita Kansas
BDRA (Basic Data Recovery and Acquisition), the National White Collar Crime Center, June
    2014, San Antonio, Texas
IDRA (Intermediate Data Recovery and Analysis), the National White Collar Crime Center, July
    2014, San Antonio, Texas
Investigations using Cell Phone and Cell Tower Technology, Training Force USA, July 2014,
    Franklin, Tennessee
Peer to Peer investigation for ShareazaLE, Gridcop, October 2014, Wichita Kansas
National ICAC Conference, June 2015, Atlanta, Georgia
Cell Phone Investigations: Overview, interpretation, mapping, presentation of records, GeoCell,
    August 2016, Wichita Kansas
Cellebrite Certified Operator, Cellebrite, February 2017
Cellebrite Certified Physical Analyst, Cellebrite, February 2017
Peer to Peer, ICAC BitTorrent Investigations, National Criminal Justice Training Center (NCJTC),
    January 2018
CS 100- Introduction to Computer Networks, National White Collar Crime Center, February 2018,
    Wichita Kansas
BCFE (Basic Computer Forensic Examiner), International Association of Computer Investigative

Specialists, April 2018, Orlando FL
CS 235 – Basic Network Intrusion Investigation (BNII), National White Collar Crime Center, May 2018, Wichita Kansas
National ICAC Conference, June 2018, Atlanta, Georgia
X-Ways Forensics, May 6-9, 2019. Naperville, Illinois
iVe Vehicle System Forensic Course, Berla, Inc., February 17-22, 2020, Largo Florida

**Certifications**
Cellebrite Certified Operator (CCO), Cellebrite, February 2017, recertification 12/4/19
Cellebrite Certified Physical Analyst (CCPA), Cellebrite, February 2017, recertification on 12/4/19
Certified Forensic Computer Examiner (CFCE), International Association of Computer Investigative Specialists (IACIS), October 2018, recertification September 2021
Certified Vehicle System Forensic Technician (CVST), Berla, Inc., February 2020
Certified Vehicle System Forensic Examiner (CVSE), Berla, Inc., February 2020

**Education**
Bachelor's Degree in Computer Science, Wichita State University, 2001

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

s/ Jason Hart
JASON HART
Kan. S. Ct. No. 20276
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Tel.:   (316) 269-6481
Fax:   (316) 269-6484
Jason.Hart2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: David Freund, Kari Schmidt, and Paul McCausland, attorneys for the co-defendants.

s/ Jason W. Hart
JASON W. HART
Assistant United States Attorney