IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  21-CR-10068-01, 02, 03-JWB |
| | ) | |
| DUSTIN KENNETH STROM, | ) | |
| THOMMIE-LYN STANSKY, | ) | |
| DILLON E. EVERMAN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO CONTINUE JURY TRIAL AND
## EXTEND  DEADLINE FOR DEFENSE MOTIONS

On this 8th day of April 2022, this matter comes before the Court on the
unopposed motion of the defendant, Dillon E. Everman, to continue the jury trial
and to extend the deadline for filing defense motions. (Doc. 38).  The defendant
Everman appears by his counsel, Paul S. McCausland.  The United States
appears by Jason Hart and Molly Gordon, Assistant U. S. Attorneys.  The
defendant, Dustin Kenneth Strom, appears by his attorney, David J. Freund.
The defendant, Thommie-Lyn Stansky, appears by her attorney, Kari S.
Schmidt.

The Court, after reviewing the motion and being fully advised in the
premises, finds this is the first motion for a continuance of the jury trial by the
defendant Everman. The defendants Strom, Stanksy and Everman are detained
pending trial.  The defendant Stanksy has made two previous motions for a

2

continuance.  These motions were granted. (Docs. 29, 33).

Substantial discovery has been produced by the Government, including a recent set produced on March 23, 2022.  Good cause exists to grant a continuance and extend the deadline for filing defense motions so that the defendants and their attorneys may have an opportunity to review discovery and confer, and explore possible resolutions of this case, as set forth in the defendant Everman's motion.

Counsel for the Government do not object to this motion.  The codefendants do not object to a continuance. The defendant Everman has consulted with his counsel and waives his right to a SpeedyTrial for the periods sought in this motion.

The Court finds that the period of delay resulting from the continuance requested by defendant Everman and granted pursuant to this order shall be excludable time as provided for in 18 U.S.C. § 3161 (h)(1)(D) and (h)(7) (B) (iv). The Court finds that the ends of justice served by the granting of a continuance and extending the time for the defendants to thoroughly investigate and prepare for trial, plea bargain and file motions, as necessary, outweigh the best interest of the public and the defendants in a speedy trial.  Specifically, the time from May 2, 2022 to June 6, 2022 is  excluded.

IT IS THEREFORE ORDERED that defendant Everman's Motion to Continue Jury Trial and Extend Deadline (Doc. 38) is granted.  The jury trial shall be held on June 6, 2022, at 9:00 a.m., at the U.S. Courthouse, Wichita, Kansas,

Courtroom 238.  Status Conference is set for May 23, 2022, at 9:00 a.m., U.S. Courthouse,

Wichita, Kansas, Room 232.

IT IS FURTHER ORDERED that the deadline for defendants' pretrial

motions is extended until May 9, 2022.

**IT IS SO ORDERED.**

s/ John W. Broomes
_____

JOHN W. BROOMES
UNITED STATES DISTRICT JUDGE

4