IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-10068-01-JWB |
| ) | |
| DUSTON KENNETH STROM, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### UNITED STATES' MOTION FOR A PRELIMINARY ORDER OF FORFEITURE

COMES NOW the United States by and through Duston J. Slinkard, United States Attorney for the District of Kansas and Colin D. Wood, Special Assistant United States Attorney, and moves the Court to enter a Preliminary Forfeiture Order forfeiting the personal property identified in the Plea Agreement. In support of its motion, the United States shows the Court as follows:

1. On June 30, 2022, defendant Duston Kenneth Strom pleaded guilty to Counts 1 and 2 of the Superseding Indictment, charging violations of 18 U.S.C. § 2251(a) and (e). (Doc. 60).

2. As part of the plea agreement, the defendant agreed to the forfeiture of the following property:

> **A.  Samsung Galaxy S21 (IMEI 35616374129000) smartphone.**

3. Based upon the statements set forth in the Plea Agreement, the United States has established the requisite nexus between the property identified above and the offense to which the defendant has pleaded guilty. Accordingly, the property listed in paragraph two is subject to forfeiture to the United States pursuant to 18 U.S.C. § 2253(a).

4. Upon the entry of the Preliminary Order of Forfeiture, the United States will proceed to give notice to any third parties who may have an interest in the property and dispose of the property according to law.

Wherefore, for the reasons stated above, the United States respectfully requests that the Court grant its motion and enter a Preliminary Order of Forfeiture.

Respectfully Submitted,

DUSTON J. SLINKARD
United States Attorney

/s/ Colin Wood
COLIN D. WOOD, #19800
Special Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax (316) 269-6484
colin.wood@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record for defendant.

/s/ Colin Wood
COLIN D. WOOD #19800