## UNITED STATES DISTRICT COURT

| | |
|---|---|
| **United States of America,**<br><br>      Plaintiff-Appellee,<br><br>*vs.*<br><br>**Dustin Kenneth Strom**,<br><br>      Defendant-Appellant | **District Court No.:** D.C. No. 6:21-CR-10068-JWB-1<br>(D. Kan.)<br><br>**Court of Appeals:** 23-3078 |

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

    Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals.  (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

    The following items should also be included in the record on appeal.  (Portions of transcripts should be designated by hearing dates and page numbers.)

1. Doc. 143 Transcript of Restitution Hearing on January 5, 2023
2. Doc. 144 Transcript of Hearing for Motion to Withdraw on April 18, 2022
3. _____
4. _____
5. _____

(Attach additional sheets if necessary)

Signature: */s/ Richelle Anderson*

Counsel for: Dustin Kenneth Strom

I hereby certify that a copy of this designation, with docket sheets attached, was served on opposing counsel and filed with the clerk of the court of appeals on June 2, 2023.

Signature: */s/ Richelle Anderson*

**A-9**  Designation of Record Form 12/09

# INSTRUCTIONS

If appellant is represented by court-appointed counsel, or is represented by retained counsel, but a co-defendant who appeals is represented by court-appointed counsel, appellant's counsel must designate the record on appeal by completing and filing this form with the clerk of the district court within 14 days after filing the notice of appeal. Copies must be served on all parties to the appeal and a copy must be filed with the clerk of the court of appeals. Within 14 days after service of appellant's designation, appellee may file and serve an additional designation. Copies of the district court docket sheets must be attached to every copy of the designation filed or served.

Although nonessential parts of the district court record should not be designated for inclusion in the record on appeal, it is counsel's responsibility to see that the record on appeal is sufficient for consideration and determination of the issues on appeal, and the court is under no obligation to remedy any failure of counsel to fulfill that responsibility.

**Every record on appeal must contain:** 1) the last amended complaint and answer, or the indictment or information and any superseding indictment or information; 2) the final pretrial order (if any); 3) the district court's (and bankruptcy court's or magistrate's) pertinent findings and conclusions, opinions, or orders, and, if the findings and conclusions were stated orally, a copy of the transcript pages where they appear; 4) the final judgment or order from which the appeal is taken; 5) all jury instructions when an instruction is an issue on appeal, along with proposed instructions which were refused; 6) the notice of appeal; and 7) the district court docket sheets.

The following additional items should be included in the record on appeal under the circumstances indicated: 1) when an appeal is based upon a challenge to the admission or exclusion of evidence, the giving or failure to give a jury instruction, or any other ruling or order, a copy of the pages of reporter's transcript at which the evidence, offer of proof, instruction, ruling, or order and any necessary objection are reproduced; 2) copies of key trial exhibits if the appeal requires an analysis of those exhibits (exhibits withdrawn from the district court should not be designated, but may be included in an addendum to the party's appellate brief); 3) relevant portions of briefs, memoranda, affidavits and depositions filed in support of, or in opposition to, a substantive motion--such as a motion for summary judgment, motion to dismiss, or jurisdictional motion, when the appeal is from an order granting or denying the motion; 4) other items, including excerpts of transcripts, if expressly referred to in the brief and relevant to an issue raised on appeal.

5/29/23, 12:54 PM                                    District of Kansas

Case 6:21-cr-10068-JWB   Document 148   Filed 06/06/23   Page 3 of 12
Appellate Case: 23-3078   Document: 010110868587   Date Filed: 06/02/2023   Page: 3

Query     Reports     Utilities     Help     Log Out

APPEAL

# U.S. District Court
## DISTRICT OF KANSAS (Wichita)
## CRIMINAL DOCKET FOR CASE #: 6:21-cr-10068-JWB-1

| | |
|---|---|
| Case title: USA v. Strom et al | Date Filed: 09/08/2021 |
| Magistrate judge case number: 6:21-mj-06147-GEB | Date Terminated: 10/20/2022 |

Assigned to: District Judge John W. Broomes

Appeals court case number: 23-3078 10CCA

### Defendant (1)

**Dustin Kenneth Strom**
*TERMINATED: 10/20/2022*

represented by **Dustin Kenneth Strom**
61558-509
TERRE HAUTE - FCI
Federal Correctional Institution
Inmate Mail/Parcels
PO Box 33
Terre Haute, IN 47808
*PRO SE*

**David J. Freund**
Office of Federal Public Defender - Wichita
850 Epic Center
301 North Main Street
Wichita, KS 67202
316-269-6445
Fax: 316-269-6175
Email: david_freund@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

18:2251(a) and (e) Conspiracy to commit sexual exploitation of a child - production of child pornography (SUPERSEDING INDICTMENT 10/5/2021)
(1s)

### Disposition

Amended Judgment filed 4/14/2023 - No change to the sentence or assessments, added restitution of $456,744.00. Judgment filed 10/20/2022 - Sentenced to 720 months imprisonment (360 months/count to run consecutively), 15 years supervised release (15 years/count to run concurrently), $200

| | |
|---|---|
| 18:2251(a) and (e) Conspiracy to commit sexual exploitation of a child - production of child pornography (SUPERSEDING INDICTMENT 10/5/2021)<br>(2s) | special assessment fee ($100/count) and an AVAA assessment of $20,000.<br><br>Amended Judgment filed 4/14/2023 - No change to the sentence or assessments, added restitution of $456,744.00. Judgment filed 10/20/2022 - Sentenced to 720 months imprisonment (360 months/count to run consecutively), 15 years supervised release (15 years/count to run concurrently), $200 special assessment fee ($100/count) and an AVAA assessment of $20,000. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2251(a) and (e) Conspiracy to Commit Sexual Exploitation of a Child - Production of Child Pornography (INDICTMENT 9/8/2021)<br>(1-2) | Dismissed |
| 18:2251(a) Sexual Exploitation of a Child - Production of Child Pornography (INDICTMENT 9/8/2021)<br>(3-5) | Dismissed |
| 18:2251(a) Sexual exploitation of a child - production of child pornography (SUPERSEDING INDICTMENT 10/5/2021)<br>(3s-5s) | Dismissed |
| 18:2252A(a)(2) Distribution of Child Pornography (INDICTMENT 9/8/2021)<br>(8) | Dismissed |
| 18:2252A(a)(2) Distribution of child pornography (SUPERSEDING INDICTMENT 10/5/2021)<br>(8s) | Dismissed |
| 18:2251(a) and (e) Conspiracy to commit sexual exploitation of a child - production of child pornography (SUPERSEDING INDICTMENT 10/5/2021)<br>(10s) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:2251(a) Sexual Exploitation of a Child - Production of Child Pornography (COUNT | |

5/29/23, 12:54 PM District of Kansas

Case 6:21-cr-10068-JWB   Document 148   Filed 06/06/23   Page 5 of 12
Appellate Case: 23-3078   Document: 010110868587   Date Filed: 06/02/2023   Page: 5

1) 18:2252A(a)(2) Distribution of Child Pornography (COUNT 2) (COMPLAINT 8/24/2021)

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Colin D. Wood**<br>Office of United States Attorney - Wichita<br>301 North Main Street, Suite 1200<br>Wichita, KS 67202-4812<br>316-269-6481<br>Email: colin.wood@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**James A. Brown**<br>Office of United States Attorney - Topeka<br>290 US Courthouse<br>444 SE Quincy<br>Topeka, KS 66683-3592<br>785-295-2850<br>Fax: 785-295-2853<br>Email: james.brown2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Jason W. Hart**<br>Office of United States Attorney - Wichita<br>301 North Main Street, Suite 1200<br>Wichita, KS 67202-4812<br>316-269-6684<br>Fax: 316-269-6484<br>Email: jason.hart2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br><br>**Molly M. Gordon**<br>Office of United States Attorney - Wichita<br>301 North Main Street, Suite 1200<br>Wichita, KS 67202-4812<br>316-269-6481<br>Fax: 316-269-6484<br>Email: molly.gordon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|

| Date | # | Description |
|---|---|---|
| 08/24/2021 | 1 | COMPLAINT as to Dustin Kenneth Strom (1). (jk) [6:21-mj-06147-GEB] (Entered: 08/24/2021) |
| 08/25/2021 | | ARREST of Dustin Kenneth Strom. (ca) [6:21-mj-06147-GEB] (Entered: 08/25/2021) |
| 08/25/2021 | | ORDER as to Dustin Kenneth Strom - Pursuant to the Due Process Protections Act, the government is reminded of its obligations pursuant to Brady v. Maryland and its progeny to disclose material that is favorable to the defendant and material to defendants guilt or punishment. The failure to do so in a timely manner may include dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, or any other remedy that is just under the circumstances. Signed by Magistrate Judge Teresa J. James on 8/25/2021. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (tvn) [6:21-mj-06147-GEB] (Entered: 08/25/2021) |
| 08/25/2021 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Teresa J. James: RULE 5/INITIAL APPEARANCE as to Dustin Kenneth Strom held on 8/25/2021. Counsel appointed for this hearing ONLY (FPD). Detention Hearing and Preliminary Hearing set for 8/27/2021 at 03:00 PM in KC Courtroom 236 (TJJ) before Magistrate Judge Teresa J. James. Defendant remanded to custody pending detention hearing. (Tape #FTR/TJJ @ 1:39) (ca) [6:21-mj-06147-GEB] (Entered: 08/26/2021) |
| 08/25/2021 | 3 | CJA 23 FINANCIAL AFFIDAVIT by Dustin Kenneth Strom. (ca) Modified on 8/27/2021 to correct filing date. (ca) [6:21-mj-06147-GEB] (Entered: 08/26/2021) |
| 08/27/2021 | 4 | MINUTE ENTRY for proceedings held before Magistrate Judge Teresa J. James: STATUS CONFERENCE as to Dustin Kenneth Strom held on 8/27/2021. Defendant waives detention and preliminary hearings. Status Conference set for 9/10/2021 at 01:30 PM by Video Conference - Zoom before Magistrate Judge Gwynne E. Birzer. Remanded to Custody pending trial. Defendant will be transferred to Wichita for the remainder of this case. Counsel for Mr. Strom will update his financial affidavit and request the court to reconsider appointing counsel. (Court Reporter Kim Greiner) (ca) [6:21-mj-06147-GEB] (Entered: 08/30/2021) |
| 08/27/2021 | 5 | WAIVER OF DETENTION HEARING by Dustin Kenneth Strom. (ca) [6:21-mj-06147-GEB] (Entered: 08/30/2021) |
| 08/27/2021 | 6 | WAIVER OF PRELIMINARY HEARING by Dustin Kenneth Strom. (ca) [6:21-mj-06147-GEB] (Entered: 08/30/2021) |
| 08/30/2021 | 7 | ORDER OF DETENTION PENDING TRIAL as to Dustin Kenneth Strom. Signed by Magistrate Judge Teresa J. James on 8/27/2021. (ca) [6:21-mj-06147-GEB] (Entered: 08/30/2021) |
| 09/01/2021 | 8 | ARREST WARRANT returned executed on 8/24/2021 as to Dustin Kenneth Strom. (jk) [6:21-mj-06147-GEB] (Entered: 09/01/2021) |
| 09/08/2021 | 10 | INDICTMENT as to Dustin Kenneth Strom (1) - counts 1-5, 8, Thommie-Lyn Stansky (2) - counts 1-2, 6-7, 9. (mam) (Entered: 09/09/2021) |
| 09/09/2021 | 11 | ENTRY OF APPEARANCE on behalf of USA by Molly M. Gordon. (Gordon, Molly) (Entered: 09/09/2021) |
| 09/10/2021 | 12 | Amended NOTICE of Penalties by USA as to Dustin Kenneth Strom, Thommie-Lyn Stansky re 10 Indictment. (Hart, Jason) (Entered: 09/10/2021) |
| 09/10/2021 | 13 | ENTRY OF APPEARANCE by attorney David J. Freund appearing for Dustin Kenneth Strom. (Freund, David) (Entered: 09/10/2021) |

| | | |
|---|---|---|
| 09/10/2021 | 14 | MINUTE ENTRY for proceedings held before Magistrate Judge Gwynne E. Birzer: ARRAIGNMENT and ATTORNEY APPOINTMENT HEARING as to Dustin Kenneth Strom held on 9/10/2021 by Zoom. Due Process Protections Act advisement given. The defendant's next appearance is before Judge Broomes per the Scheduling Order. (Tape #1:34-1:40) (mam) (Entered: 09/10/2021) |
| 09/10/2021 | 15 | CONSENT TO APPEAR BY VIDEO OR TELEPHONE CONFERENCE for initial appearance and arraignment as to Dustin Kenneth Strom. (mam) (Entered: 09/10/2021) |
| 09/10/2021 | 16 | CJA 23 FINANCIAL AFFIDAVIT by Dustin Kenneth Strom. (mam) (Entered: 09/10/2021) |
| 09/10/2021 | 17 | Certificate of Compliance with Administrative Order 2020-9, Authorizing Counsel to Sign the Financial Affidavit as to Dustin Kenneth Strom. (mam) (Entered: 09/10/2021) |
| 09/13/2021 | 19 | PRETRIAL AND CRIMINAL CASE MANAGEMENT ORDER ENTERED as to Dustin Kenneth Strom and Thommie-Lyn Stansky. Status Conference set for 11/1/2021 at 09:00 AM in Wichita Room 232 before District Judge John W. Broomes. Jury Trial set for 11/15/2021 at 09:00 AM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. Signed by District Judge John W. Broomes on 09/13/2021. (jmr) (Entered: 09/13/2021) |
| 09/30/2021 | 20 | MOTION to Continue Deadline to File Defendant's Notice of Expert Testimony, Pretrial Motion Deadline, Status Conference, and Jury Trial by Dustin Kenneth Strom. (Freund, David) (Entered: 09/30/2021) |
| 10/01/2021 | 21 | ORDER granting 20 Motion for Continuance. Speedy trial time excluded from 11/15/2021 until 12/13/2021. Notice of Expert Testimony due 11/1/2021. Motions due by 12/1/2021. Status Conference is reset for 11/29/2021 at 09:00 AM in Wichita Room 232 before District Judge John W. Broomes. Jury Trial is reset for 12/13/2021 at 09:00 AM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. Signed by District Judge John W. Broomes on 10/1/2021. (mam) Modified on 10/4/2021 to correct the Notice of Expert Testimony due date. (mam) (Entered: 10/01/2021) |
| 10/04/2021 | | NOTICE OF DOCKET TEXT MODIFICATION by Deputy Clerk re 21 : Notice of Expert Testimony due 11/1/2021. (mam) (Entered: 10/04/2021) |
| 10/05/2021 | 22 | SUPERSEDING INDICTMENT as to Dustin Kenneth Strom (1) - counts 1s-5s, 8s, 10s; Thommie-Lyn Stansky (2) - counts 1s-2s, 6s-7s, 9s; Dillon E. Everman (3) - counts 10-12. (mam) (Entered: 10/06/2021) |
| 10/08/2021 | 23 | MINUTE ENTRY for proceedings held before Magistrate Judge Kenneth G. Gale: ARRAIGNMENT as to Dustin Kenneth Strom (1) Count 1s-2s,3s-5s,8s,10s held on 10/8/2021 by ZOOM. Defendant's next appearance per the Scheduling Order of Judge Broomes. (Tape #1:32-1:34) (sz) (Entered: 10/08/2021) |
| 10/13/2021 | 27 | AMENDED PRETRIAL AND CRIMINAL CASE MANAGEMENT ORDER ENTERED as to Dustin Kenneth Strom, Thommie-Lyn Stansky, and Dillon E. Everman. Status Conference set for 12/20/2021 at 09:00 AM in Wichita Room 232 before District Judge John W. Broomes. Jury Trial set for 1/10/2022 at 09:00 AM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. Signed by District Judge John W. Broomes on 10/13/2021. (jmr) (Entered: 10/13/2021) |
| 11/23/2021 | 29 | ORDER TO CONTINUE granting 28 Motion to Continue. Speedy Trial time excluded from 1/10/2022 until 3/7/2022. Motions due by 2/8/2022. Jury Trial set for 3/7/2022 at 09:00 AM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. Status Conference set for 2/22/2022 at 09:00 AM in Wichita Room 232 before District |

5/29/23, 12:54 PM                                  District of Kansas

Case 6:21-cr-10068-JWB   Document 148   Filed 06/06/23   Page 8 of 12
Appellate Case: 23-3078   Document: 010110868587   Date Filed: 06/02/2023   Page: 8

| | | |
|---|---|---|
| | | Judge John W. Broomes. Signed by District Judge John W. Broomes on 11/23/2021. (sz) (Entered: 11/23/2021) |
| 02/03/2022 | 36 | ORDER granting 32 Motion to Continue. The time from February 3, 2022, to the Court's ruling on the motion to continue is excluded, as is the time from the trial setting of March 7, 2022, to the new trial setting of May 2, 2022 as to Dustin Kenneth Strom, Thommie-Lyn Stansky, Dillon E. Everman. Motions due by 4/8/2022. Status Conference set for 4/18/2022 at 09:00 AM in Wichita Room 232 before District Judge John W. Broomes. Jury Trial set for 5/2/2022 at 09:00 AM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. Signed by District Judge John W. Broomes on 2/3/2022. (Clerk notes this is a duplicate filing of 33 Order for administrative purposes.) (heo) (Entered: 02/18/2022) |
| 02/17/2022 | 35 | NOTICE OF EXPERT TESTIMONY pursuant to Rule 16(a)(1)(G) by USA as to Dustin Kenneth Strom, Thommie-Lyn Stansky, Dillon E. Everman. (Hart, Jason) (Entered: 02/17/2022) |
| 04/08/2022 | 39 | ORDER granting 38 Unopposed Motion to Continue Jury Trial and Extend Deadline to File Defense Motions. Speedy trial time excluded from 5/2/2022 until 6/6/2022. Motions due by 5/9/2022. Status Conference is reset for 5/23/2022 at 09:00 AM before District Judge John W. Broomes in Wichita Room 232. Jury Trial is reset for 6/6/2022 at 09:00 AM before District Judge John W. Broomes in Wichita Courtroom 238 (JWB). Signed by District Judge John W. Broomes on 4/8/2022. (mam) (Entered: 04/08/2022) |
| 04/12/2022 | 40 | MOTION to Withdraw David J. Freund as Attorney by Dustin Kenneth Strom. (Freund, David) (Entered: 04/12/2022) |
| 04/13/2022 | 41 | NOTICE OF HEARING ON MOTION as to Dustin Kenneth Strom. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING 40 MOTION to Withdraw David J. Freund as Attorney : (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 4/18/2022 at 10:00 AM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. (jmr) (Entered: 04/13/2022) |
| 04/18/2022 | 42 | MINUTE ENTRY for proceedings held before District Judge John W. Broomes: MOTION HEARING as to Dustin Kenneth Strom held on 4/18/2022 re 40 MOTION to Withdraw David J. Freund as Attorney filed by Dustin Kenneth Strom. Motion DENIED for reasons stated on the record. (Court Reporter Jana McKinney) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jmr) (Entered: 04/18/2022) |
| 05/09/2022 | 43 | MOTION for a Pretrial James Hearing by Dustin Kenneth Strom. (Freund, David) (Entered: 05/09/2022) |
| 05/10/2022 | 45 | ORDER granting 44 Motion to Continue. Time excluded from 6/6/2022 until 7/11/2022 as to Dillon E. Everman (3) Pretrial Motions due by 6/8/2022. Jury Trial set for 7/11/2022 at 09:00 AM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. Status Conference set for 6/28/2022 at 09:00 AM in Wichita Room 232 before District Judge John W. Broomes. Signed by District Judge John W. Broomes on 5/10/2022. (hw) (Entered: 05/10/2022) |
| 06/02/2022 | 46 | NOTICE OF INTENT TO CHANGE PLEA and NOTICE OF HEARING. The defendant Dustin Kenneth Strom has notified the court as of this date that he intends to change his plea. The time from this notice until the change of plea hearing (including any continuances) is excludable time for speedy trial purposes. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Change of Plea Hearing set for 6/28/2022 at 10:30 AM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. (jmr) (Entered: 06/02/2022) |

| Date | # | Description |
|---|---|---|
| 06/22/2022 | 51 | NOTICE OF CONTINUANCE OF CHANGE OF PLEA HEARING. The defendant Dustin Kenneth Strom previously notified the court of his intent to change plea re 46 Notice of Intent to Change Plea. The time from the original notice until the change of plea hearing is excludable time for speedy trial purposes. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Change of Plea Hearing RESET for 6/30/2022 at 03:00 PM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. (jmr) (Entered: 06/22/2022) |
| 06/22/2022 | 52 | NOTICE OF HEARING as to Defendants Thommie-Lyn Stansky and Dillon E. Everman. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Status Conference RESET for 6/30/2022 at 10:00 AM in Wichita Room 232 before District Judge John W. Broomes. (jmr) (Entered: 06/22/2022) |
| 06/22/2022 | 53 | NOTICE OF HEARING ON MOTION as to Dillon E. Everman. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING re 47 Motion for James Hearing: (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Motion Hearing set for 7/14/2022 at 09:00 AM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. (jmr) (Entered: 06/22/2022) |
| 06/30/2022 | 57 | MINUTE ENTRY for proceedings held before District Judge John W. Broomes: CHANGE OF PLEA HEARING as to Dustin Kenneth Strom held on 6/30/2022. Sentencing set for 9/20/2022 at 02:30 PM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. (Court Reporter Jana McKinney) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jmr) (Entered: 06/30/2022) |
| 06/30/2022 | 59 | PETITION TO ENTER PLEA OF GUILTY AND ORDER ENTERING PLEA as to Dustin Kenneth Strom (1) - Count 1s and 2s Superseding Indictment. Signed by District Judge John W. Broomes on 6/30/2022. (mam) (Additional attachment(s) added on 7/1/2022: # 1 Corrected Petition and Order) (mam). (Entered: 07/01/2022) |
| 06/30/2022 | 60 | PLEA AGREEMENT as to Dustin Kenneth Strom re 59 Petition and Order to Enter Plea of Guilty. (mam) (Entered: 07/01/2022) |
| 07/01/2022 | 61 | DOCKET ANNOTATION re 59 Petition and Order to Enter Plea of Guilty as to Dustin Kenneth Strom: The corrected document is attached for noticing purposes. The original PDF was missing a page. (mam) (Entered: 07/01/2022) |
| 07/15/2022 | 67 | ORDER finding as moot 43 Motion for James Hearing as to Dustin Kenneth Strom (1). Entered by District Judge John W. Broomes on 07/15/2022. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jmr) (Entered: 07/15/2022) |
| 07/28/2022 | 71 | NOTICE OF HEARING as to Defendant Dustin Kenneth Strom. THIS IS AN OFFICIAL NOTICE FOR THIS HEARING (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Sentencing RESET for 10/19/2022 at 01:30 PM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. (jmr) (Entered: 07/28/2022) |
| 08/17/2022 | 74 | MOTION for *Preliminary Order of* Forfeiture of Property by USA as to Dustin Kenneth Strom. (Wood, Colin) (Entered: 08/17/2022) |
| 08/18/2022 | 75 | ORDER granting 74 Motion for a Preliminary Order of Forfeiture as to Dustin Kenneth Strom (1). Signed by District Judge John W. Broomes on 8/17/2022. (mam) (Entered: 08/18/2022) |
| 09/27/2022 | 84 | PRESENTENCE INVESTIGATION REPORT as to Dustin Kenneth Strom |

| | | |
|---|---|---|
| | | **(NOTE: Access to this document is restricted to the USA and this defendant.)** (USPO) (Entered: 09/27/2022) |
| 10/17/2022 | 89 | SEALED MOTION for Leave to File Under Seal by USA as to Dustin Kenneth Strom. (Attachments: # 1 Proposed Sealed Document)(Gordon, Molly) (Entered: 10/17/2022) |
| 10/18/2022 | 90 | ORDER granting 89 Sealed Motion for Leave to File Under Seal. Counsel is directed to file forthwith the requested document(s) with an event from the SEALED DOCUMENTS category as to Dustin Kenneth Strom (1) Entered by District Judge John W. Broomes on 10/18/2022. (This is a TEXT ENTRY ONLY. There is no .pdf document associated with this entry.) (jmr) (Entered: 10/18/2022) |
| 10/18/2022 | 91 | SEALED SENTENCING MEMORANDUM by USA as to Dustin Kenneth Strom (Gordon, Molly) (Entered: 10/18/2022) |
| 10/19/2022 | 92 | MINUTE ENTRY for proceedings held before District Judge John W. Broomes: SENTENCING HEARING held on 10/19/2022 as to defendants Dustin Kenneth Strom AND Thommie-Lyn Stansky. (Court Reporter Jana McKinney) (This is a TEXT ENTRY ONLY. There is no .pdf document associated with this entry.) (jmr) (Entered: 10/20/2022) |
| 10/20/2022 | 93 | NOTICE OF HEARING as to Defendants Dustin Kenneth Strom AND Thommie-Lyn Stansky. **THIS IS AN OFFICIAL NOTICE FOR THIS HEARING** (This is a TEXT ENTRY ONLY. There is no .pdf document associated with this entry.) Restitution Hearing set for 1/5/2023 at 09:30 AM in Wichita Courtroom 238 (JWB)before District Judge John W. Broomes. (jmr) (Entered: 10/20/2022) |
| 10/20/2022 | 94 | JUDGMENT as to Dustin Kenneth Strom (1), Count(s) 1s & 2s, 720 months imprisonment (Count 1: 360 months; Count 2: 360 months, to run consecutively) ; 15 years supervised release (Count 1: 15 years; Count 2: 15 years, to run concurrently); $200 assessment; $20,000 AVAA assessment. Count(s) 1-2, 10s, 3-5, 3s-5s, 8, 8s, Dismissed. Signed by District Judge John W. Broomes on 10/20/2022. (sz) (Entered: 10/20/2022) |
| 10/20/2022 | 95 | STATEMENT OF REASONS as to Dustin Kenneth Strom re 94 Judgment. **(NOTE: Access to this document is restricted to the USA and this defendant.)** (sz) (Additional attachment added on 4/14/2023: # 1 Exhibit) (mam) Modified on 4/14/2023 to attach exhibit, emailed to counsel. (mam) (Entered: 10/20/2022) |
| 12/06/2022 | 106 | NOTICE of Intent to Waive Right to be Present at Restitution Hearing and Waiver of Appearance as to Dustin Kenneth Strom (Freund, David) (Entered: 12/06/2022) |
| 12/13/2022 | 107 | SERVICE BY PUBLICATION filed by USA as to Dustin Kenneth Strom, Thommie-Lyn Stansky, Dillon E. Everman. Last publication date October 23, 2022. (Attachments: # 1 Attachment 1)(Wood, Colin) (Entered: 12/13/2022) |
| 12/13/2022 | 108 | CERTIFICATE OF SERVICE by USA as to Dustin Kenneth Strom, Thommie-Lyn Stansky, Dillon E. Everman. (Wood, Colin) (Entered: 12/13/2022) |
| 12/13/2022 | 109 | CERTIFICATE OF SERVICE by USA as to Dustin Kenneth Strom, Thommie-Lyn Stansky, Dillon E. Everman. (Wood, Colin) (Entered: 12/13/2022) |
| 12/19/2022 | 110 | MOTION for a Final Order of Forfeiture by USA as to Dustin Kenneth Strom, Thommie-Lyn Stansky, Dillon E. Everman. (Wood, Colin) (Entered: 12/19/2022) |
| 12/19/2022 | 111 | ORDER granting 110 Motion for a Final Order of Forfeiture as to Dustin Kenneth Strom (1), Thommie-Lyn Stansky (2), Dillon E. Everman (3). Signed by District Judge John W. Broomes on 12/19/2022. (jal) (Entered: 12/19/2022) |

| Date | Doc # | Description |
|---|---|---|
| 01/04/2023 | 113 | RESTITUTION MEMORANDUM by USA as to Dustin Kenneth Strom, Thommie-Lyn Stansky, Dillon E. Everman. (Hart, Jason) Modified on 1/6/2023 to re-title; filed as a motion in error. (mam) (Entered: 01/04/2023) |
| 01/05/2023 | 116 | MINUTE ENTRY for proceedings held before District Judge John W. Broomes: RESTITUTION HEARING as to Dustin Kenneth Strom, Thommie-Lyn Stansky and Dillon E. Everman held on 1/5/2023. Matter taken under advisement. (Court Reporter Jana McKinney) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jmr) (Entered: 01/31/2023) |
| 01/06/2023 | | NOTICE OF DOCKET TEXT MODIFICATION by Deputy Clerk re 113 : Originally filed as a Motion for Order of Restitution, per JWB chambers this should not be a pending motion. The document has been re-titled -- Restitution Memorandum. (mam) (Entered: 01/06/2023) |
| 03/15/2023 | 119 | NOTICE OF HEARING: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Restitution Hearing set for 3/22/2023 at 02:30 PM in Wichita Courtroom 238 (JWB) before District Judge John W. Broomes. (jmr) (Entered: 03/15/2023) |
| 03/23/2023 | 120 | NOTICE OF HEARING: THIS IS AN OFFICIAL NOTICE FOR THIS HEARING. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) Restitution Hearing RESET for 4/13/2023 at 01:30 PM in Wichita Courtroom 238 (JWB)before District Judge John W. Broomes. (jmr) (Entered: 03/23/2023) |
| 04/13/2023 | 122 | MINUTE ENTRY for proceedings held before District Judge John W. Broomes: RESTITUTION HEARING held on 4/13/2023. (Court Reporter Jana McKinney) (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (jmr) (Entered: 04/13/2023) |
| 04/14/2023 | 123 | AMENDED JUDGMENT as to Dustin Kenneth Strom (1). No change to the sentence or assessments, added restitution of $456,744.00. Signed by District Judge John W. Broomes on 4/14/2023. (Entered: 04/14/2023) |
| 04/20/2023 | 126 | AMENDED STATEMENT OF REASONS as to Dustin Kenneth Strom re 123 Amended Judgment.<br><br>**(NOTE: Access to this document is restricted to the USA and this defendant.)**<br><br>(Attachments: # 1 Reason for Amendment) (mam) (Entered: 04/20/2023) |
| 05/11/2023 | 134 | NOTICE OF APPEAL TO 10CCA by Dustin Kenneth Strom. (sz) (Entered: 05/11/2023) |
| 05/11/2023 | | APPEAL FEE STATUS: filing fee not paid re: Notice of Appeal 134 on behalf of Defendant Dustin Kenneth Strom. CJA 23 filed on 8/25/2021. (THIS IS A TEXT ONLY ENTRY-NO DOCUMENT IS ASSOCIATED WITH THIS TRANSACTION) (mls) (Entered: 05/11/2023) |
| 05/11/2023 | 135 | PRELIMINARY RECORD ON APPEAL transmitted to 10CCA as to Dustin Kenneth Strom re 134 Notice of Appeal (Attachments: # 1 Preliminary Packet). (mls) (Entered: 05/11/2023) |
| 05/12/2023 | 136 | APPEAL DOCKETED in 10CCA on May 12, 2023 and assigned Appeal No. 23-3078 re 134 Notice of Appeal filed by Dustin Kenneth Strom. (mls) (Entered: 05/12/2023) |
| 05/25/2023 | 141 | TRANSCRIPT of Change of Plea Hearing held June 30, 2022 as to Dustin Kenneth Strom before Judge John W. Broomes, Court Reporter Jana McKinney, 316-315-4268, jana_mckinney@ksd.uscourts.gov. Transcript purchased by: Valerie Beam. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained from the reporter or through PACER. Release of Transcript Restriction set for 8/23/2023. (jlm) (Entered: 05/25/2023) |
| 05/25/2023 | 142 | TRANSCRIPT of Sentencing Hearing held October 19, 2022 as to Dustin Kenneth Strom before Judge John W. Broomes, Court Reporter Jana McKinney, 316-315-4268, jana_mckinney@ksd.uscourts.gov. Transcript purchased by: Valerie Beam. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.ksd.uscourts.gov. Please read this policy carefully. If no Notice of Intent to Redact is filed within the allotted time, this transcript will be made electronically available on the date set forth below.** <br><br> Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained from the reporter or through PACER. Release of Transcript Restriction set for 8/23/2023. (jlm) (Entered: 05/25/2023) |
| 05/25/2023 | | NOTICE OF DOCKET TEXT MODIFICATION by Deputy Clerk regarding 144 Transcript. The Hearing date was originally listed as April 3, 2023 and has been corrected to April 13, 2023. (ca) (Entered: 05/25/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/29/2023 13:54:00 | | | |
| **PACER Login:** | richelleanderson | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 6:21-cr-10068-JWB |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Exempt CJA |